# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE TENTH CIRCUIT

---

| | |
|---|---|
| IN THE MATTER OF ROHIT PODDAR,<br><br>Debtor. | BAP No.   CO-12-007-MISC<br><br>Bankr. No.  11-23444<br>     Chapter  7<br><br>ORDER TRANSMITTING FILING<br>TO DISTRICT COURT<br><br>January 30, 2012 |

---

Before MICHAEL, NUGENT, and THURMAN, Bankruptcy Judges.

On January 25, 2012, the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court") received a pleading signed by the pro se Debtor Rohit Poddar entitled "Objections for and on Behalf of the Appellant to the Notice of Bankruptcy Court Order Filed by the US Trustee Mr. Leo M. Weiss" (the "Objection"). The Bankruptcy Court docketed the Objection as a notice of appeal from a January 10, 2012 minute entry listed on its docket as entry #112.[1] This putative notice of appeal was then electronically transmitted by the Bankruptcy Court to this Court on January 25, 2012. *See* Bankruptcy Court docket #121.

The Objection lists the United States District Court for the District of Colorado (the "District Court") on its caption and references case no. 11-cv-03009-JLK. This case number is an appeal (the "District Court Appeal") pending

---

[1] The minute entry indicates that the Bankruptcy Court denied from the bench three motions filed by the Debtor: (I) a Motion to Reconsider, filed November 16, 2011; (ii) a Motion for Leave to File, filed November 17, 2011; and (iii) a Motion to Stay, also filed November 17, 2011 (collectively, the "Post-Judgment Motions"). The Post-Judgment Motions all relate to the District Court Appeal (as defined above).

in the District Court as a result of a notice of appeal and election filed by the Debtor on November 17, 2011 from the Bankruptcy Court's Order on Motion to Convert, Dismiss, or Appoint Trustee (the "Conversion Order").  *See* Bankruptcy Court docket #86.[2]  The Objection appears to object to, among other things, the filing by the U.S. Trustee in the District Court Appeal of a notice advising the District Court of the Bankruptcy Court's denial of the Post-Judgment Motions.

Our review of the relevant Bankruptcy Court and District Court dockets and the Objection itself indicates that the Objection is not (in form or substance), nor does it purport to be, an appeal of the Bankruptcy Court's denial of the Post-Judgment Motions; rather, the Objection appears on its face to be a pleading captioned for, and intended to be filed in, the District Court Appeal.

Accordingly, it is HEREBY ORDERED that the Clerk shall transmit the Objection and a copy of this Order to the District Court forthwith, and this Court shall take no further action with respect to the Objection.

For the Panel:

Blaine F. Bates
Clerk of Court

---

[2]     We note from our review of the District Court docket that the District Court Appeal was dismissed by order and judgment entered January 25, 2012.