IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03009-JLK

In Re: Poddar,

        Plaintiff,

v.

United States Trustee,

        Defendant.

ORDER TO CURE DEFICIENCY

Kane, Senior Judge

    Rohit Poddar submitted a Notice of Appeal on February 21, 2012. The court has determined that the document is deficient as described in this order. Rohit Poddar will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X   is not submitted
     __   is not on proper form (must use the court's current form)
     __   is missing original signature by plaintiff/petitioner on motion
     __   is missing affidavit
     __   affidavit is incomplete
     __   is missing original signature by plaintiff/petitioner on affidavit
     __   affidavit is not notarized or is not properly notarized
     __   other_____

Accordingly, it is

    ORDERED that Robit Poddar cure the deficiencies designated above within 30 days

1

from the date of this order.  Any papers that Robit Poddar filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Robit Poddar, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Rohit Poddar fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 27th  day of February, 2012.

BY THE COURT:

*s/John L. Kane*
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO