IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 11-cv-3009-BAPP**

**ROHIT PODDAR**,

    Plaintiff,

v.

**UNITED STATES TRUSTEE,**

    Defendant.

## ORDER

Kane, J.

    This matter is currently before me on Plaintiff's filing, docketed as entry thirty-four. Although Plaintiff's pro se pleadings are to be liberally construed, I do not assume the role of his advocate or counselor in this proceedings. *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). I have reviewed Mr. Poddar's filing, and I am unable to discern the nature of his grievance or the relief he seeks. Accordingly, to the extent his filing seeks relief, it is DENIED as unintelligible.

Dated: March 20, 2012        BY THE COURT:

                                            **s/John L. Kane**
                                            Senior U.S. District Judge