IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 11-cv-3009-BAPP**

**ROHIT PODDAR**,

    Plaintiff,

v.

**UNITED STATES TRUSTEE,**

    Defendant.

---

## ORDER
---

Kane, J.

    This matter is currently before me on Plaintiff Rohit Poddar's Motion for Immediate Stay (doc. 40). Although voluminous, rambling, and at times unintelligible I liberally construe his *pro se* pleadings. *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). As best I can surmise, Mr. Poddar is appealing Chief Bankruptcy Judge Howard R. Tallman's Order denying his Motion for a Stay Pending Appeal. Doc. 194, 11-bk-23444 (Bankr. D. Colo. March 23, 2012).

    Mr. Poddar argues that Judge Tallman "erred in applicating [sic] the facts in the right perspective and did not look at the fraud committed by the trustee and the attorney by selling the land fraudulently." Motion for Immediate Stay (doc. 40) at 2. Notwithstanding Mr. Poddar's repeated and strenuous objections, Judge Tallman's findings of fact may not be set aside unless Mr. Poddar establishes that they were clearly erroneous. Fed. R. Bankr. P. 8013.

I have reviewed Mr. Poddar's filing and find no basis for upsetting Judge Tallman's findings of fact. Accordingly, Mr. Poddar's Motion for Immediate Stay is DENIED.

Dated: April 4, 2012                BY THE COURT:

                                                  **s/John L. Kane**
                                                  Senior U.S. District Court Judge